UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

JAMES BUCHANAN                          :        04 Civ 2682 (SCR )
                                        :        (ECF Case)
                                        :
            v.                          :        **NOTICE AND ORDER**
                                        :        **OF DISMISSAL WITH**
                                        :        **PREJUDICE**
                                        :
FEDERATED MUTUAL INSURANCE              :
COMPANY, DARRELL HOFFMAN and            :
ROBERT SCHAUER                          :
                                        :
-------------------------------------------------------x

      Plaintiff, James Buchanan, hereby gives notice pursuant to Federal Rules of Civil

Procedure § 41(a)(1)(i), that, no adverse party having served an answer or motion for

summary judgment, the above captioned matter is dismissed with prejudice as against

defendants Federated Mutual Insurance Company, Darrell Hoffman and Robert Schauer,

without an award of costs, disbursements or attorneys' fees to any party.

Dated: New York, New York
      October *15* , 2004

                            LAW OFFICES OF
                            JEFFREY SCHONBRUN

                By: _Jeffrey Schonbrun_
                    Jeffrey Schonbrun (JS1883)
                    1 Railroad Square
                    Haverstraw, New York 10927
                    (845) 786-7980

                    Attorney for Plaintiff

So Ordered:

_Stephen C. Robinson_
U.S.D.J.      11/8/04